BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CREDIT SUISSE VELOCITYSHARES DAILY INVERSE VIX SHORT TERM EXCHANGE TRADED NOTES SECURITIES LITIGATION ) ) ) ) ) | MDL No. 2857 |

**SUPPLEMENTAL BRIEF OF LEAD PLAINTIFF ACM GROUP**

Pursuant to the July 23, 2018 Order (Dkt. No. 27) of the Judicial Panel on Multidistrict Litigation, Lead Plaintiff ACM Group[1] respectfully submits this supplemental brief regarding the relationship, if any, between the actions at issue in Defendants' pending motion for centralization (the "XIV Securities Actions")[2] and the actions in MDL No. 2842, *In Re: Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation* ("VIX MDL"). As explained in detail below, the XIV Securities Actions and the VIX MDL are not related and should proceed independently from each other. The alleged core misconduct in the VIX MDL relates to manipulation of a settlement auction held once a month for determining the price and value of VIX futures and options contracts offered by Cboe Global Markets, Inc. and its subsidiaries (collectively "Cboe"). In contrast, the misconduct at issue in the XIV Securities Actions relates to the events of February 5, 2018, which was not a settlement day, and to the collapse of an instrument offered not by Cboe, but by Credit Suisse Group AG ("Credit Suisse"), known as the

---

[1] The ACM Group is comprised of Set Capital LLC, Stefan Jager, Nikolay Drozhzhinov, Aleksandr Gamburg, and ACM Ltd. On June 21, 2018, Magistrate Judge Sarah Netburn of the United States District Court for the Southern District of New York consolidated case numbers 18-cv-02268, 18-cv-02319, and 18-cv-04045. *Chahal v. Credit Suisse Grp. AG*, 18-cv-02268 (AT)(SN) (S.D.N.Y. June 21, 2018) (Dkt. No. 22). Pursuant to the Private Securities Litigation Reform Act, Judge Netburn appointed the ACM Group lead plaintiff, and approved its selection of Cohen Milstein Sellers & Toll PLLC and Levi & Korsinsky LLP as co-lead counsel. (*Id.*).

[2] The XIV Securities Actions are case number 18-cv-02268 in the Southern District of New York, and case number 2:18-cv-00615 in the Northern District of Alabama.

VelocityShares Daily Inverse VIX Short Term ETN, commonly known as and trading under the name XIV.

Specifically, the VIX MDL actions arise from a May 2017 academic article entitled "Manipulation in the VIX?" John M. Griffin and Amin Shams, Manipulation in the VIX? (May 23, 2017), available at https://ssrn.com/abstract=2972979 (last accessed February 18, 2018). They allege manipulation of a figure known as the "Special Opening Quotation," which is calculated monthly for the final settlement of expiring Cboe VIX futures and options contracts, through an auction held once a month by the Cboe. *See, e.g.*, *Atlantic Trading v. John Does*, No. 1:18-cv-01754 (N.D. Ill. Mar. 9, 2018) (Complaint, attached hereto as Exhibit A, at ¶¶ 2-3). In 2018, those auctions occurred between 7:30 am and 8:30 am Chicago time on January 17, 2018, February 14, 2018, March 21, 2018, April 18, 2018, May 16, 2018, June 20, 2018, and July 18, 2018. None of the actions in the VIX MDL sues Credit Suisse or any other XIV Securities Action defendant.

The XIV Securities Actions relate solely to Credit Suisse's XIV product, and arise from a report by the Securities Litigation and Consulting Group, Inc. titled "Material Misrepresentations in XIV's Prospectus Led to $700 Million in Losses." *See Chahal*, Complaint (attached hereto as Exhibit B) at ¶ 31. The XIV's value was based on the value of non-expiring VIX futures. The XIV Securities Actions allege that on February 5, 2018, XIV's Intraday Indicative Value—which Credit Suisse represented was updated in real time—failed to update between 4:10 pm and 5:09 pm, a time when the true value of XIV plummeted, and thus investors who bought XIV notes during this time period did so at inflated prices. *Id*. Notably, the relevant VIX futures contracts upon which the value of XIV was based on February 5, 2018, were the February 2018 and March 2018 VIX futures, which had not yet expired and thus had not yet gone through the final settlement process alleged to have been manipulated in the VIX MDL actions. *See id*. The Class Period

alleged in the XIV Securities Action brought on behalf of a putative class is January 29, 2018 through February 5, 2018.  *Id.* at ¶ 1.  These dates do not coincide with any of the allegedly manipulated monthly VIX settlement auctions.

Accordingly, as Magistrate Judge Netburn recently noted in her Opinion and Order appointing the ACM Group Lead Plaintiff in the XIV Securities Action, the two actions are distinct in that "the [VIX MDL] involves a separate class, different financial instruments, and different defendants."[3]  *Chahal*, Opinion and Order (attached hereto as Exhibit C) at 14.  Thus, the XIV Securities Actions and the VIX MDL should proceed independently from each other.

 Dated: July 24, 2018                                    Respectfully submitted,

                                                      **COHEN MILSTEIN SELLERS & TOLL PLLC**

                                                      */ s / Michael B. Eisenkraft*
Michael B. Eisenkraft
88 Pine Street / 14th Floor
New York, New York 10005
Tel. (212) 838-7797
meisenkraft@cohenmilstein.com

Steven J. Toll
Eric S. Berelovich
1100 New York Avenue, N.W. / Fifth Floor
Washington, D.C. 20005
Tel. (202) 408-3640
stoll@cohenmilstein.com
eberelovich@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel. (312) 357-0370

---

[3] While some XIV investors have asserted claims in the VIX MDL, their claims are based on the alleged settlement day VIX futures manipulation, not Credit Suisse's alleged misrepresentations and the Intraday Indicative Value issue described above.  Similarly, while some actions in the VIX MDL also assert market manipulation claims under the securities laws, these claims also are grounded in the settlement manipulation, not the issues in the XIV Securities Actions.

3

cgilden@cohenmilstein.com

**LEVI KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
nporritt@zlk.com
aapton@zlk.com

**LEVI KORSINSKY, LLP**
Alexander Krot
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (212) 363-7171
akrot@zlk.com

*Counsel for Lead Plaintiff ACM Group and Co-Lead Counsel for the Class*

and

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel. (212) 697-6484
peretz@bgandg.com

*Additional Counsel for ACM Ltd.*

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on July 24, 2018, I caused a true and correct copy of the foregoing Supplemental Brief of Lead Plaintiff ACM Group to be electronically filed with the Clerk of Court using the CM/ECF system which automatically sends e-mail notification of such filing to the following:

| Party | Counsel |
|---|---|
| Rajan Chahal | Eduard Korsinsky<br>Levi & Korsinsky, LLP<br>30 Broad Street 24th Flr.<br>New York, NY 10004<br>Tel: 212-363-7500<br>Fax: 212-363-7171<br>ek@zlk.com |
| Glenn Eisenberg | Robert Alan Wallner<br>Milberg Tadler Phillips Grossman LLP<br>One Pennsylvania Plaza, 19th Floor<br>New York, NY 10119<br>Tel: 212-594-5300<br>Fax: 212-868-1229<br>rwallner@milberg.com<br><br>Andrei V. Rado<br>Milberg Tadler Phillips Grossman LLP (NYC)<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119<br>Tel: (212) 946-9474<br>Fax: (212) 868-1229<br>arado@milberg.com |
| Shaolei Qiu<br>Ekhlas Ahmed | Christopher J. Gray<br>Law Office of Christopher J. Gray, P.C<br>360 Lexington Ave., 14th Floor<br>New York, NY 10022<br>Tel: (212) 838-3221<br>Fax: (212) 508-3695 |
| Erich Halbert<br>Sherri Halbert<br>John Halbert | Stephen D. Wadsworth<br>Campbell Guin LLC<br>505 20th St. N., Suite 1600<br>Birmingham, AL 32503 |

|  | Tel: 205-224-0755<br>Fax: 205-383-2645<br>stephen.wadsworth@campbellguin.com |
|---|---|
| Howard Cannon<br>Naresh Puri<br>Nick Singh,<br>Zero Labs Group, LLC<br>David Silver and Michelle Lynn Silver GST | Andrei V. Rado<br>Milberg Tadler Phillips Grossman LLP (NYC)<br>One Pennsylvania Plaza, 19th Floor<br>New York, NY 10119<br>(212) 946-9474<br>Fax: (212) 868-1229<br>Email: arado@milberg.com |
| Y-GAR Capital LLC | David Avi Rosenfeld<br>Robbins Geller Rudman & Dowd LLP (LI)<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Tel: 631-367-7100<br>Fax: 631-367-1173<br>drosenfeld@rgrdlaw.com |
| Kershner Trading Group, LLC | Barbara J. Hart<br>Lowey Dannenberg P.C.<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>(914) 997-0500<br>Fax: (914) 997-0035<br>Email: bhart@lowey.com |
| Andrew MacEntee | Michael Walter Stocker<br>Labaton & Sucharow LLP (NYC)<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0882<br>Fax: (212) 883-7082<br>Email: mikes@hbsslaw.com |
| Princeton Opportunistic Credit Fund L.P. | Mark Allen Strauss<br>Kirby McInerney LLP (NYC)<br>825 Third Avenue<br>16th Floor<br>New York, NY 10022<br>(212) 371-6600<br>Fax: (212) 751-2540<br>Email: mstrauss@kmllp.com |
| Credit Suisse AG<br>Credit Suisse Group AG<br>David R. Mathers<br>Tidjane Thiam | David G. Januszewski<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005<br>(212) 701-3000<br>Fax: (212) 259-5420<br>djanuszewski@cahill.com |

| | |
|---|---|
| Janus Index & Calculation Services LLC | Jason M. Halper<br>CADWALADER, WICKERSHAM & TAFT LLP<br>200 Liberty Street<br>New York, NY 10281<br>212-504-6000<br>Fax: 212-504-6000<br>jason.halper@cwt.com |

DATED: July 24, 2018　　　　　　　　　**COHEN MILSTEIN SELLERS & TOLL PLLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Michael B. Eisenkraft*
　　　　　　　　　　　　　　　　　　　　Michael B. Eisenkraft
　　　　　　　　　　　　　　　　　　　　88 Pine Street / 14th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　Tel. (212) 838-7797
　　　　　　　　　　　　　　　　　　　　meisenkraft@cohenmilstein.com